ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 12 2006
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC GANT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:05-CV-1455-K |
| § | |
| SOUTHERN METHODIST UNIVERSITY § | |
| SCHOOL OF LAW, et al., § | |
| § | |
| Defendants. § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge regarding Defendant St. Mary's University School of Law's Motion to Dismiss, Defendant Southern Methodist University's Motion to Dismiss, and Defendant South Texas College of Law's Motion to Dismiss. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12th day of July, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE