IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC GANT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:05-CV-1455-K |
| § | |
| SOUTHERN METHODIST UNIVERSITY § | |
| SCHOOL OF LAW, et al., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge regarding Defendant University of Miami Law School's Motion to Dismiss for Lack of Personal Jurisdiction, Defendant Harvard Law School's Motion to Dismiss, and Defendant Stanford Law School's Motion to Dismiss. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12th day of July, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE