IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC GANT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-1455-K |
| | § | |
| SOUTHERN METHODIST UNIVERSITY SCHOOL OF LAW, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge regarding Defendant Southern Methodist University's Motion for Summary Judgment, filed July 27, 2006. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 19th day of September, 2006.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE