IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC GANT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:05-CV-1455-K |
| § | ECF |
| SOUTHERN METHODIST § | |
| UNIVERSITY, et al., § | |
| § | |
| Defendants. § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the findings, conclusions, and recommendation of the United States Magistrate Judge regarding the *sua sponte* dismissal of this case without prejudice. The Court reviewed the findings, conclusions, and recommendation of the United States Magistrate Judge for plain error and finding none, accepts the findings, conclusions and recommendation. Therefore, this case is **DISMISSED without prejudice**.

SO ORDERED.

Signed this 3rd day of November, 2006.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE